UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL P. KLAHN, SR.,<br><br>         Plaintiff,<br><br>   v.<br><br>MIRANDA NADING, COLETTE CARTER, and REX MAUGHAN,<br><br>         Defendants. | Case No. 2:16-cv-02718-APG-VCF<br><br>**ORDER DIRECTING THE PLAINTIFF TO FILE DOCUMENTS IN THIS COURT** |

This action originally was filed in Nevada state court. ECF No. 1-3. Defendant Miranda Nading removed the action to this court on November 28, 2016. ECF No. 1.

According to a notice filed on December 22, 2016 by Nading, plaintiff Daniel Klahn is filing documents in state court instead of in this court. ECF No. 13. Because this action was removed, jurisdiction now resides in this court, not the state court. *Geographic Expeditions, Inc. v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1107 n.6 (9th Cir. 2010) ("When a case is removed to federal court, the federal court completely precludes the state court's authority to adjudicate the controversy."); *see also* 28 U.S.C. § 1441(a) (granting district courts removal jurisdiction over claims that could have been brought in federal court originally). Accordingly, I will direct the plaintiff to file in this court any documents he filed in state court following the notice of removal. Failure to do so may result in defendant Miranda Nading's motion to dismiss (ECF No. 7) being granted as unopposed. Additionally, all papers must be filed in this court in the future unless the case is remanded to state court.

IT IS THEREFORE ORDERED that on or before January 27, 2017, plaintiff Daniel P. Klahn, Sr. shall file in this court any documents he filed in state court following the November 28, 2016 notice of removal. Failure to do so may result in defendant Miranda Nading's motion to dismiss (ECF No. 7) being granted as unopposed.

IT IS FURTHER ORDERED that the normal briefing schedule shall apply once plaintiff Daniel P. Klahn, Sr. files any such documents in this court.

DATED this 4th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE