C. Christine Burns (admitted *pro hac vice*)
Katya M. Lancero (admitted *pro hac vice*)
**BURNSBARTON LLP**
45 West Jefferson, 11th Floor
Phoenix, Arizona 85003
Tel.: (602) 753-4500 / Fax: (602) 428-7012
E-mail: christine@burnsbarton.com
katya@burnsbarton.com

JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: jsmith@santoronevada.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DANIEL P. KLAHN SR.,

Plaintiff,

v.

MIRANDA NADING; COLLETTE CARTER; REX MAUGHAN, PRESIDENT AND COTTONWOOD COVE RESORT AND MARINA,

Defendants.

Case No.: 2:16-cv-02718-APG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly move this Court to dismiss this lawsuit, including all causes of action therein, with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 2, 2017.

UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED this 1st day of March, 2017.

**DANIEL P. KLAHN SR.**

*/s/ Daniel P. Klahn Sr. (with permission)*
Daniel P. Klahn Sr.

*Plaintiff pro per*

**BURNSBARTON LLP**

By */s/ C. Christine Burns*
C. Christine Burns (*pro hac vice*)
Katya M. Lancero (*pro hac vice*)
45 West Jefferson, 11th Floor
Phoenix, Arizona 85003
Tel.: (602) 753-4500
E-mail: christine@burnsbarton.com
katya@burnsbarton.com

Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771
E-mail: jsmith@santoronevada.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
DATED: ______________________